Argued and submitted April 9, affirmed April 25, 2001

## J & J OUTDOOR ADVERTISING,
*Petitioner,*

*v.*

## DEPARTMENT OF TRANSPORTATION,
*Respondent.*

(58448, 64740; CA A110238)

22 P3d 780

Joan M. Chambers argued the cause for petitioner. With her on the brief was Kulla, Ronnau, Schaub & Chambers, P.C.

Brendan C. Dunn, Assistant Attorney General, argued the cause for respondent. With him on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Landau, Presiding Judge, and Linder and Brewer, Judges.

PER CURIAM

## PER CURIAM

Petitioner seeks judicial review of a final order of the Department of Transportation (Department) requiring petitioner to remove certain signs that the Department determined had been erected in violation of the Oregon Motorists Information Act, ORS 377.700 *et seq*. Petitioner argues that the Act violates Article I, sections 8 and 20, of the Oregon Constitution, and the First Amendment to the United States Constitution. We addressed, and rejected, most of petitioner's contentions in *Outdoor Media Dimensions, Inc. v. State of Oregon*, 150 Or App 106, 945 P2d 614 (1997), *aff'd on other grounds* 331 Or 634, 20 P3d 180 (2001). The balance of petitioner's contentions in this case we reject without discussion.

Affirmed.